RECEIVED AND FILED
JUL 01 2024
EVA J. GIVENS, CIRCUIT CLERK
BY ______ D.C.

***IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI***

***BERNADINE ANDERSON*** ***PLAINTIFF***

***versus*** ***Cause No.:*** 24-KV-0048-D

***WAL-MART STORES EAST, LP*** ***DEFENDANT***

## ***COMPLAINT***

Plaintiff, by the undersigned attorney, files this Complaint against the Defendant. The Plaintiff would show:

**PARTIES**

1. Plaintiff Bernadine Anderson (hereinafter "Plaintiff" or "Anderson") is an adult resident citizen of Adams County, Mississippi.

2. Defendant Wal-Mart Stores East, LP (hereinafter "Defendant" or "Walmart") is a foreign corporation organized in Delaware, and doing business in Mississippi. Defendant may be served with process through its appointed agent: C.T. Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi.

3. This Court has subject matter jurisdiction over this civil action, and personal jurisdiction over the Defendant is proper. Venue is proper as the incident in question occurred in this county.

**JURY TRIAL DEMANDED**



EXHIBIT A

## GENERAL FACTS

4. On July 2, 2021, Plaintiff was a business invitee on the premises of Defendant Walmart at the retail store facility located at 314 Sgt. Prentiss Drive, Natchez, Mississippi.

5. Plaintiff had entered the Walmart store to transact business, and she slipped and fell due to water and/or ice on the floor near the bagged ice freezer.

6. The bagged ice freezer was being stocked by Walmart employee(s) at the time of the incident.

7. The water and/or ice on the floor was present due to the negligence of Defendant's employee(s).

8. The Plaintiff was not aware of the water and/or ice on the floor prior to her fall.

9. At the time relevant to Plaintiff's allegations, there were no warning signs in the area in question.

10. Due to the dangerous condition of the wet floor, Plaintiff sustained personal injuries, including but not limited to her right knee, leg, low back/hip, and lumbar radiculopathy.

11. Defendant Walmart is vicariously liable for the negligence of its employee(s) as such relates to the allegations of Plaintiff's incident.

12. Alternatively, Defendant Walmart, as the owner and operator of the premises where the injury occurred, had a duty to exercise reasonable care to keep the premises in a reasonably safe and suitable condition, or to warn an invitee of the perils which Defendant knew or should have known of in the exercise of reasonable care.

13. The failure of Defendant Walmart to exercise reasonable care to keep the premises in a reasonably safe and suitable condition caused, or contributed to, the incident that resulted in Plaintiff's injuries.

14. Plaintiff sustained injuries as a direct and proximate result of the negligence of Defendant Walmart.

15. The damages sustained by Plaintiff include, but are not limited to:

(A). Past, present, and future medical expenses;

(B). Past, present, and future physical disability/limitation;

(C). Past, present, and future pain and suffering; and,

(D). Other damages to be developed during discovery.

**PRAYER FOR RELIEF**

16. WHEREFORE, Plaintiff requests judgment against the Defendant as follows:

A. A monetary judgment in favor of Plaintiff, in an amount to be determined by the jury, representing an award of compensatory damages in a sum in excess of the minimal jurisdictional amount of this Court;

B. Pre-judgment and post-judgment interest as allowed by law;

C. Costs of court; and,

D. Any other general relief which may be warranted.

17. ***PLAINTIFF DEMANDS TRIAL BY JURY.***

Respectfully submitted,

**PLAINTIFF BERNADINE ANDERSON**

BY: Robert Boyd
**Robert C. Boyd**
Attorney
Miss. Bar No. 4218

**ATTORNEYS FOR PLAINTIFF:**

**ROBERT BOYD and ASSOCIATES PLLC**
**103 Woodchase Park Drive (39056)**
**Post Office Box 1297**
**Clinton, MS 39060**

**Telephone:** **601-925-5511**
**Facsimile:** **601-925-5533**

**Email:** **Robert@BoydAttorneys.com**
**Alea@BoydAttorneys.com**

***Pleading.2677.anderson.P001***